CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JAMES R. FORBES (SBN: 114863)
jforbes@reynoldslawllp.com
ALFONSO L. POIRE (SBN: 149185)
apoire@reynoldslawllp.com
REYNOLDS LAW LLP
1411 Oliver Road, Suite 300
Fairfield, California 94534-3433
Telephone: (707) 425-1255
Facsimile: (707) 207-7955
Attorneys for Defendants
Cole Family Partnership and Cole Supply Company, Inc.

**GRANTED.** Case is dismissed with prejudice. The Clerk shall terminated the civil case.
11/27/2017

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>COLE FAMILY PARTNERSHIP; COLE SUPPLY COMPANY, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case: 3:17-CV-03077-MEJ<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 21, 2017     CENTER FOR DISABILITY ACCESS

By: __/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated:     REYNOLDS LAW LLP

By: _____
    James R. Forbes
    Alfonso L. Poire
    Attorneys for Defendants
    Cole Family Partnership and Cole
    Supply Company, Inc.

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                  CENTER FOR DISABILITY ACCESS

By: _____
Phyl Grace
Attorneys for Plaintiff

Dated: 11/14/17        REYNOLDS LAW LLP

By: _____
James R. Forbes
Alfonso L. Poiré
Attorneys for Defendants
Cole Family Partnership and Cole Supply Company, Inc.